UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

JONATHAN SMIGA,

Debtor.

Case No. 6:25-bk-04945-TPG
Chapter 7

_______________________________________/

SNAXSATIONAL BRANDS, LLC,

Plaintiff,

v.

Adv. Proc. No. 6:26-ap-00008-TPG

JONATHAN SMIGA,

Defendant.
_______________________________________/

**SNAXSATIONAL BRANDS, LLC'S**
**CORPORATE OWNERSHIP STATEMENT**

Plaintiff, SNAXSATIONAL BRANDS, LLC ("Snaxsational" or "Plaintiff"), under Fed. R. Bankr. P. 7007.1, identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock as follows: Vintage Italia Holdings, LLC; Perfect Snax Prime Holdings, LLC; 1221 Snaxsational Entities; and Keen Growth Capital Fund II L.P.

[*REMAINDER OF PAGE LEFT BLANK*]

Dated: January 13, 2026,

Respectfully submitted,

**GUNSTER**

*/s/ Michael B. Green, Esq.*
Michael B. Green, Esq.
Florida Bar No.: 747180
Nicolaos Soulellis, Esq.
Florida Bar No.: 1031737
600 Brickell Ave, Unit 3500
Miami, FL 33131
(305) 376-6064
Primary Email: mgreen@gunster.com
nsoulellis@gunster.com
Secondary Email: virastorza@gunster.com
tbacchus@gunster.com
*Attorneys for Snaxsational Brands, LLC*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of this Motion was furnished via regular U.S. Mail to Debtor, Jonathan S. Smiga, 25601 Hutcheson Lane, Sorrento, FL 32776, and by electronic mail to Debtor's Counsel, Kenneth D Herron, Jr Herron Hill Law Group, PLLC P. O. Box 2127 Orlando, FL 32802, chip@herronhilllaw.com; the Trustee, through its counsel, by U.S. Mail, to Arvind Mahendru, Chapter 7 Trustee 5717 Red Bug Lake Rd #284, Winter Springs, FL 32708, The U.S. Trustee, via U.S. Mail, to Office of the United States Trustee George C Young Federal Building 400 West Washington Street, Suite 1100 Orlando, FL 32801, and all parties who receive notice electronically through CM/ECF on this 13th day of January 2026.

*/s/ Michael B. Green, Esq.*
Michael B. Green, Esq.

ACTIVE:38770842.1